**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION Baltimore District Office )))) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. WDQ-04-3129 |
| ) | |
| FEDERAL EXPRESS CORPORATION, )) | |
| Defendant. ) | |

### DEFENDANT FEDERAL EXPRESS CORPORATION'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Federal Express Corporation ("FedEx"), by and through its attorneys, hereby moves this Court for summary judgment on all claims brought by Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"). FedEx provided reasonable accommodations to the charging party while he was employed, and terminated him for legitimate business reasons.

The grounds for this Motion are stated with more particularity in the accompanying Memorandum in Support.

Dated: May 27, 2005

By: */s/ Edward J. Efkeman*
    Edward J. Efkeman, Bar No. 15613
    Federal Express Corporation
    3620 Hacks Cross Road
    Building B – 3rd Floor
    Memphis, Tennessee  38125
    901-434-8555
    901-434-9271 (fax)
    eefkeman@fedex.com

1

>Amy S. Owen, Bar No. 07772
>Cochran & Owen, LLC
>8000 Towers Crescent Drive
>Suite 160
>Vienna, Virginia  22182-2700
>703-847-4490
>703-847-4499 (fax)
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Summary Judgment was filed via ECF and served electronically this 27th day of May, 2005, on the following:

>Maria Luisa Morocco, Trial Attorney
>U.S. EEOC Baltimore District Office
>10 S. Howard Street 3rd Floor
>Baltimore, Maryland 21201
>MARIA.MOROCCO@EEOC.GOV

>*/s/ Edward J. Efkeman*
>Edward J. Efkeman