# Exhibit F

1            UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MARYLAND

3                Northern Division

4  - - - - - - - - - - - - - - - - x

5  UNITED STATES EQUAL EMPLOYMENT   :

6  OPPORTUNITY COMMISSION,          :

7            Plaintiff,             :

8            Vs.                    : CA No.:

9  FEDERAL EXPRESS CORP., INC.,     : WDQ-04-CV-03129

10 d/b/a FEDEX EXPRESS,             :

11           Defendant.             :

12 - - - - - - - - - - - - - - - - x

13          Wednesday, March 23, 2005

14             Baltimore, Maryland

15 Deposition of:   VICTOR COFIELD,

16 the Witness, called for examination by counsel

17 for the Plaintiff, pursuant to subpoena,

18 commencing at 9:10 a.m., at the offices of United

19 States Equal Employment Opportunity Commission,

20 10 South Howard Street, 3rd Floor, Baltimore,

21 Maryland, before Curtis R. Cloward, CSR, a Notary

22 Public in and for the State of Maryland, when

1   might have been passed on via E-mail or verbally,

2   you know, from higher up or across pier to pier

3   that needed to be covered.

4       Q.    **Okay.**

5           **Do you know whether the orientation**

6   **video tapes were closed captioned?**

7       A.    No, ma'am, they weren't.

8       Q.    **How do you know that?**

9       A.    Because I ordered them specifically

10  when I came on board because of the situation

11  that I had with Ron when I got there.  Because,

12  in order to communicate with Ron I had to write

13  everything down --

14      Q.    **Um-hum.**

15      A.    -- all right?  So I had to call

16  Memphis, Tennessee, which is the headquarters,

17  and when we had like tapes such as which was

18  called Front Line --

19      Q.    **Um-hum.**

20      A.    -- which was the -- it was like the

21  communication tape between corporate and the

22  field.

1          Q.     -- about any other employee?

2          A.     No.

3          Q.   Okay.

4                 MS. MOROCCO:  I'd like to take about a

5    five-minute break.

6                 (Whereupon, there was a short pause in

7    the proceedings.)

8                 MS. MOROCCO:  Back on the record.

9                 BY MS. MOROCCO:

10         Q.   When did you first begin supervising

11   Ronald Lockhart?

12         A.     I would say when I first got there in

13   July of 2000.

14         Q.   July of 2000?

15         A.     Yes.

16         Q.    What was your position in July of

17   2000?

18         A.     I was the a.m. sort manager.

19         Q.   Tell me again when you became the

20   operations manager at BWI?

21         A.     It's the same position.

22         Q.   Okay.

1    time you became Mr. Lockhart's supervisor about

2    how the managers were providing Mr. Lockhart with

3    information from the pre-work meetings?

4         A.    I wasn't given any instruction on how

5    to communicate with Mr. Lockhart except for what

6    I was doing.  I would write what I needed down

7    for Mr. Lockhart to do, pass it to Mr. Lockhart,

8    and then Mr. Lockhart would give me his response.

9              If Mr. Lockhart needed something from

10   me he would come to my office and he would

11   already have it written down and he would give it

12   to me.

13             The only other way me and Mr. Lockhart

14   communicated was that he had my business card

15   with my E-mail address on it and he would E-mail

16   me from home any concerns or anything he had and

17   I would E-mail him back.

18        Q.    Okay.

19             What is your understanding of what

20   Mr. Lockhart's primary language is at the time --

21   strike that.

22             At the time you became his supervisor

1    don't feel good, things like that.

2          Q.    Let me just interject here for a

3    minute.  When you say he would say, I'm -- and

4    you were mimicking as if you were writing, so can

5    you just --

6          A.    Right, he would write, saying that I'm

7    going to the rest room.

8          Q.    He wouldn't actually verbalize.

9          A.    No, he couldn't.

10         Q.    Would he make any signs with regards

11   to his whereabouts?

12         A.    No, he would write it down.

13               The only time that we understood a

14   sign that Ron would do is if he didn't feel well.

15         Q.    Okay.

16         A.    He would sign as if he didn't feel

17   well.

18         Q.    How did you know what that sign meant?

19         A.    He would do like this (demonstrating)

20   and like this (demonstrating) and make like

21   motions as if he was uncomfortable.

22         Q.    Can you describe for the record what

1       A.      Yes.

2       Q.      Okay.

3               How did you first become aware of the

4       fact that Mr. Puglisi has some ability to

5       communicate with the deaf through signs?

6       A.      I observed him one Sunday

7       communicating with Ron.

8       Q.      Okay, and how long after you became

9       the operations manager in charge of Lockhart did

10      you observe this?

11      A.      Oh, I'm not sure.

12      Q.      Was it soon after you became

13      Lockhart's supervisor?  Was it --

14      A.      Middle of the road.  I'm not exactly

15      sure when I observed it.  But I know it was

16      before I contacted Derwood to come in to help me.

17      Q.      Okay.

18              And did you have a conversation with

19      Mr. Puglisi about his ability to communicate with

20      the deaf using signs?

21      A.      Yes.

22      Q.      What did you ask him?

1      A.     How did he learn.   And he explained to

2    me that his mother was deaf so he had learned as

3    a child to communicate with his mother.   And I

4    asked him would he help me with Ron.

5      **Q.     When you asked him whether he would**

6    **help you what were you asking him to help you**

7    **with?**

8      A.     To make sure that I can communicate

9    with Ron.   Anything that I needed passed on to

10    Ron I wanted to make sure Ron fully understood

11    it.

12      **Q.     Um-hum.**

13      A.     And the only reason I was concerned

14    was because that Ron couldn't he couldn't hear or

15    speak --

16      **Q.     Um-hum.**

17      A.     -- so I wanted to make sure I wasn't

18    losing anything in the translation.   Because if I

19    had printed materials I would hand the printed

20    materials such as E-mails, memos, things like

21    that to Ron.   But I still wanted to make sure

22    that Ron had a way to communicate back to me so

1   **Mr. Koorbush about sign language interpreters?**

2      A.    Because it was brought to my attention

3   that they had other employees who were -- had

4   that disability working at Dulles.  And I called

5   Ed and asked him how did he communicate with

6   those employees and that's when he gave me

7   Derwood's name and told me to contact Derwood.

8      **Q.    How was it brought to your attention**

9   **about the deaf employees at IADR?**

10     A.    I talked to a truck driver.

11     **Q.    Who was that?**

12     A.    I don't remember the guy's name, I

13  just know him working at Federal Express.  But he

14  told me that they had deaf employees there and to

15  contact Ed and Ed could probably get me some help

16  because he said they had a guy come in and

17  interpret for him.

18          And I asked him was the guy a Federal

19  Express employee, and he said he wasn't sure if

20  he worked for Federal Express but I could ask Ed.

21  And I asked Ed and that's when he gave me

22  Derwood's number.  And Derwood works for the

1        Q.    Okay.

2              Let's go back in time to when

3   Mr. Puglisi was doing some interpreting.

4              He only interpreted -- strike that.

5              Do you know whether this arrangement

6   with Puglisi continued for several weeks, several

7   months, was it a year?

8        A.    It was at least a year, because I had

9   him set in on Ron's review.

10       Q.    Okay.

11       A.    His annual review.

12       Q.    And did he interpret more than one

13   annual review for Mr. Lockhart?

14       A.    Just one.

15       Q.    Okay.

16             And when is Mr. Lockhart's annual

17   review?

18       A.    I don't remember off the top of my

19   head.  It should be in his notes, somewhere in

20   his personnel file.

21       Q.    Okay.

22             How did you become aware that

1        Q.      And did that individual specifically

2    tell you about Mr. O'Quinn?

3        A.      The truck driver didn't, he just told

4    me that there was someone there that interpreted

5    for the disabled employees at his facility --

6        Q.      Right.

7        A.      -- that he had observed.

8        Q.      Right.

9        A.      And he asked me to call his senior

10   manager, who was Ed Koorbush, and maybe he could

11   fill me in on what was going on.

12       Q.      Right.

13       A.      And that's when I called Ed.  And Ed

14   referred me to the other senior manager there,

15   who was Tony Russell.  And then Tony Russell put

16   me in contact with Derwood O'Quinn, who said that

17   he had used his services in the past to do work

18   group meetings and meetings where information

19   needed to be passed on to employees with

20   disabilities.

21       Q.      Do you remember what time of year it

22   was when you spoke with Mr. Russell?

1        Q.     Prior to you obtaining Mr. O'Quinn as

2    an interpreter were you aware of monthly

3    meetings, work group meetings that Mr. Lockhart

4    attended that were not interpreted?

5        A.     Yes.

6        Q.     Approximately how many meetings while

7    you were his supervisor do you think he attended

8    that were not interpreted?

9        A.     Quite a few.

10       Q.     Can you -- do you remember any of the

11   topics that were discussed at any of the work

12   group meetings that Lockhart attended --

13       A.     No.

14       Q.     -- that were not interpreted?

15       A.     Not really.  It was so long -- it's

16   been so long, not really.

17       Q.     Can you tell me are there topics that

18   come up with any kind of regularity at the work

19   group meetings?

20       A.     Pay raises would be the only thing

21   that I can think of.  Pay raises or weather

22   conditions, changing weather conditions that

1    might affect the sort.

2         Q.    You would talk about that once a

3    month, the weather?

4         A.    Yes, because, for instance, right now

5    we're going -- it's spring, so we're going to

6    have a lot of rain --

7         Q.    Um-hum.

8         A.    -- which would cause the concern on

9    the decking that the containers go across because

10   it would become very slippery.  So, we have to

11   tell you to watch your footing, make sure that

12   you cone off any area close to the decking

13   between the decking and the ramp --

14        Q.    Um-hum.

15        A.    -- cone that off because someone could

16   slip off the decking.

17        Q.    Right.

18        A.    Right.  And I had to make sure Ron

19   knew, you know, write it down, make sure Ron knew

20   that, what we were talking about because I didn't

21   want him to injure himself.

22        Q.    Okay.

1              **Did you provide any notes to**

2    **Mr. Lockhart to provide him information that you**

3    **conveyed at the work group meeting?**

4         A.    Yes, I started writing out actual

5    notes prior to the meetings each meeting in the

6    morning --

7         Q.    **Um-hum.**

8         A.    -- because of the fact that I couldn't

9    get Derwood to come every day.  So the days that

10   Derwood wasn't there I would just jot down bullet

11   statements of what I was going to cover in the

12   meetings and hand it to, you know, Ron and it was

13   one other employee that was there.

14        Q.    **Are you talking about the pre-sort**

15   **meetings?**

16        A.    Yes.

17        Q.    **Let's focus on the monthly meetings**

18   **and then we'll talk some more about the pre-sort**

19   **meetings.**

20        A.    The monthly meetings prior to Derwood

21   I would give to Ron in a written memo.  And

22   again, it would be bulletized what I talked

1    about.

2        Q.    When would you give him the memo?

3        A.    At the meeting.  You know, right when

4    we sat down I would hand him, the people in the

5    room, not just Ron, but the people in the room,

6    copies of the monthly meetings and any things,

7    changes that were going on.

8        Q.    Would you give these written materials

9    just to Ron?

10       A.    During the week, yes.

11       Q.    No, no --

12       A.    Oh, the monthly thing?

13       Q.    Yes.

14       A.    No, it would go to everyone.

15       Q.    Okay, so he was given information that

16   everyone else was also getting.

17       A.    Right.  Yes.

18       Q.    And during these monthly meetings

19   would you talk about the items that were

20   bulleted, that were --

21       A.    Yes.

22       Q.    Would you talk about the information

1    that was contained in the written materials?

2         A.    Yes.

3         Q.    How -- would these be written

4    materials that you yourself would prepare?

5         A.    Yes.

6         Q.    Would you type them?

7         A.    Yes.

8         Q.    On the computer?

9         A.    Yes.

10         Q.    Did you type these -- where did you

11   type these?

12         A.    On my computer desk-top.

13         Q.    At work or at home?

14         A.    At work.

15         Q.    Did you create any of these at home?

16         A.    No.

17         Q.    Did you keep any of these written

18   materials that you distributed at the monthly

19   meetings?

20         A.    Yes, in a drop file.

21         Q.    What's a drop file?

22         A.    Where I keep my notes or doctor slips,

1        Q.      Well, were they printed off the

2    computer and --

3        A.      And then handed to him.

4        Q.      Right, so it would be letter sized,

5    regular paper sized?

6        A.      Correct, yes.

7        Q.      And was it -- did you write in

8    sentences or was it more of an outline format?

9        A.      Outline format.

10       Q.      Okay, so when you said bullet, I think

11   you previously to bullets?

12       A.      Right.

13       Q.      So it would be an outline.

14       A.      Right.

15       Q.      Okay.

16               And the monthly meetings would last

17   approximately how long?

18       A.      Thirty minutes.

19       Q.      Did they ever last longer?

20       A.      Yes.

21       Q.      What was the range of time they could

22   last?

1        A.    No more than 45 minutes because we had

2    a sort to do.

3        **Q.    Okay.**

4        A.    Thirty minutes would be the average,

5    45 minutes if they got into people not

6    understanding things or asking more questions

7    about a topic.

8        **Q.    Now, were there topics that you would**

9    **discuss at the monthly meetings that were not**

10   **outlined, that were not contained in the written**

11   **materials?**

12       A.    Yes, if someone brought up a question

13   or something it wouldn't be in the outline.

14       **Q.    Did the monthly meetings typically**

15   **have a question -- a period during which**

16   **employees could ask you questions?**

17       A.    At the end.

18       **Q.    Did anyone else, other managers make**

19   **presentations at the monthly meetings?**

20       A.    Elizabeth Bergin.

21       **Q.    And did you -- did you both make**

22   **presentations at every monthly meeting?**

1          A.      -- schedule change.

2                  Okay, if we changed the aircraft size

3    or we changed or we added additional aircraft

4    like we would at peak season, which is our

5    heaviest volume season from November through

6    December 26th --

7          **Q.     Um-hum?**

8          A.      -- we would have additional aircraft,

9    meaning we would have additional freight.

10         **Q.     Um-hum.**

11         A.      So, we had to explain to the employees

12   that we were probably bringing on more employees

13   to help with the increase in volume.

14                 If we changed trucking routes, you

15   know, what made up a change, whether we had more

16   pure containers or mini-sort containers, and that

17   would definitely impact the people on the sort.

18                 So those type things were brought up.

19         **Q.     What safety issues do you recall**

20   **discussing prior to --**

21         A.      Steel-toed shoes, gloves, no rings or

22   watches, no cell phones on a sort, watching your

1    **Express for Mr. O'Quinn, the one that goes back**

2    **farthest in time, has a date of January 7th at**

3    **the top (indicating).**

4              **My question to you is do you recall**

5    **Mr. O'Quinn interpreting at the BWI ramp prior to**

6    **January 7th of 2002?**

7         A.    No.

8         Q.    **Do you recall what this invoice was**

9    **for that we're looking at, which says VCF 123 at**

10   **the bottom?**

11        A.    Yeah, it's for a meeting, looks like a

12   -- let me see, it had to be a Tuesday morning

13   meeting.

14        Q.    **Why do you think it was a Tuesday**

15   **morning meeting?**

16        A.    Because it's at 3:00 a.m.

17        Q.    **Actually, it says January 7th was a**

18   **Monday (indicating).**

19        A.    It should have been Tuesday morning.

20   It's not Monday, we don't work on Monday.   It's

21   actually Tuesday morning.

22        Q.    **And the reason why you think this is a**

Page 206

1        A.    It was basically one manager and

2   everybody else was hourly employees.

3        Q.    **Okay.**

4              **And so, the handlers who participated**

5   **on the safety committee then had a responsibility**

6   **to convey safety issues --**

7        A.    Yes.

8        Q.    **-- to their co-workers at the pre-sort**

9   **meeting; is that correct?**

10       A.    Yes.   And they also issued what was

11  called tickets.   And the tickets were for safety

12  violations that they observed during the sort.

13       Q.    **Okay.**

14       A.    If you did something improperly, the

15  first time they gave you a verbal warning.   And

16  they had someone, either the team leader

17  themselves or a manager, instruct you on the

18  proper way to execute what you were doing.

19       Q.    **Okay.**

20       A.    If you were tagged a second time then

21  it was -- the tickets were turned in to the

22  manager and at that point you would receive a

Page 207

1    verbal warning about your unsafe act.

2         Q.    Do you know whether Ronald Lockhart

3    ever received a ticket?

4         A.    No, he didn't.  Not to my knowledge,

5    no.

6         Q.    Do you know whether he got a verbal

7    warning for an unsafe act?

8         A.    Not from me, no.

9         Q.    Do you know whether from anybody else?

10        A.    No, I don't.

11        Q.    Okay, so, tell me -- I'd like to know

12   more about the notes that you provided for the

13   pre-sort meetings.

14              When did you start making the notes?

15        A.    Probably when Derwood came on.  At the

16   same time that Derwood came on because that was

17   my way of communicating with Ron when Derwood was

18   not there.

19        Q.    Okay.

20        A.    So, whenever the date that Derwood

21   came on, shortly behind it, that's when we

22   started actually giving out the pre-work meeting

1    demonstrated what the change was.

2         Q.    Was the change in the sort something

3    that you would talk about in a pre-sort meeting?

4         A.    Yes.  Yes.

5         Q.    Prior to when you started the regular

6    practice of giving out the notes -- strike that.

7              Other than the sort, were there other

8    issues that you gave Mr. Lockhart notes about

9    related to the pre-work meeting with any kind of

10   regularity?

11        A.    No.

12        Q.    Okay, how long did the pre-work

13   meetings last?

14        A.    Ten minutes, generally no more than 15

15   minutes.

16        Q.    And ten or 15 minutes, does that

17   include the stretch-and-flex portion?

18        A.    Yes, because sometimes, depending on

19   the volume, we would conduct a meeting while the

20   employees were conducting stretch and flex.

21        Q.    So they would be exercising --

22        A.    Right.

1      A.    So that way he would know what I

2   talked about.

3      Q.    So when did you start -- are you

4   talking about -- the notes that you wrote out on

5   a blank piece of paper -- why don't you leave the

6   exhibit for just a minute?

7      A.    Okay.

8      Q.    We'll get to it in some detail.

9      A.    Okay.

10      Q.    You just described writing notes to

11   Ron on a blank piece of paper.

12      A.    Right, on a piece of copier paper.

13      Q.    Were those notes that you gave him on

14   a regular basis for every meeting?

15      A.    Yeah, when it was something he needed

16   to know.

17      Q.    Okay.

18      A.    Not like this (indicating).

19      Q.    Okay, so the notes that you wrote out

20   you did so on a blank piece of paper?

21      A.    Right.

22      Q.    That was only when there was a certain

1    topic in the meeting that you felt that he needed

2    to know?

3         A.    Right.

4         Q.    It was not your -- was it your regular

5    practice --

6         A.    No.

7         Q.    Let me finish the question.

8         A.    Okay.

9         Q.    Was it your regular practice to write

10   out notes for Ronald Lockhart on a blank piece of

11   paper and to give it to him for every pre-sort

12   meeting that you presented, that you were

13   responsible for?

14        A.    No.

15        Q.    Okay.

16              So, at some point though you started

17   using this form to give him notes; is that right?

18        A.    Yes.

19        Q.    Do you recall using this form

20   (indicating) to give notes to Ron Lockhart about

21   the pre-sort meeting -- and the form I'm talking

22   about is the form that's VCF 170 -- prior to

1       Q.      And that's on all of them.

2       A.      Because it's the original document and

3   then copies were made from the original document.

4       Q.      So, do you think you created the

5   original document on November 8th of 2002?

6       A.      I would have to say yes.  And then it

7   was duplicate copies were made after that, just

8   blanks to fill in each day.

9       Q.      So after you created the form on the

10  computer what did you do with it?

11      A.      Saved it so I could make original --

12  you know, make originals when I needed them.

13      Q.      Okay, do you know what prompted you to

14  go to Mr. McCollum to ask him about how he

15  communicated with Firpo?

16      A.      In a manager's meeting --

17      Q.      Um-hum.

18      A.      -- I asked him.

19      Q.      And when was that meeting?

20      A.      I don't know.  But we held the

21  meetings on Wednesdays, but I don't know the

22  exact date.

1    changes to the cypher lock code, how was that

2    typically communicated to the handlers?

3        A.    When they showed up at work.

4        Q.    At a meeting?

5        A.    No, when they actually showed up at

6    the door and couldn't get in.

7        Q.    Okay, and then --

8        A.    Then someone would give it to them and

9    they got in and then we would address it that

10   morning when we came in, that it had been

11   changed.  But they would already have known.

12       Q.    Would they know what the new

13   combination was?

14       A.    Not prior to getting to work.

15       Q.    But once they had gotten to work, but

16   prior to attending the meeting, would they know

17   what the new combination was?

18       A.    Yes.

19       Q.    And how would they know?

20       A.    Another employee would tell them.

21       Q.    I want to make sure I understand this.

22             Was there an employee who was

1   **primarily responsible for letting the people in**

2   **on the day that the combination was changed?**

3        A.    Anybody that was going out.

4             If you came to the front door to get

5   in and say, for instance, the combination was 1,

6   2, 3 when you left this morning, meaning this

7   morning.

8        **Q.    Right.**

9        A.    Midday, by now, 1:00 or 2 o'clock in

10  the afternoon the cypher lock would be changed.

11  So even the p.m. employees who reported to work

12  at 7 o'clock wouldn't know that the cypher lock

13  had been changed until they came to work.

14       **Q.    Right.**

15       A.    Now, once they came to work customer

16  service, someone in the customer service area,

17  which is in the front, would either tell them or

18  an employee exiting the building would tell that

19  employee what the new cypher lock code was and

20  then they would come in the building.

21       **Q.    Okay.**

22       A.    So, a manager -- we didn't pick up the

1    phone and call each employee's house or E-mail

2    them and say hey, the new number is now 3, 4, 5,

3    they didn't find out until they got to the

4    premises.

5         **Q.    And the ways in which they found out**

6    **was either an exiting employee would tell them --**

7         A.    Right.

8         **Q.    -- as they were entering --**

9         A.    Correct.

10        **Q.    -- or a customer service --**

11        A.    Customer service, yeah, because they

12   were open until 7 o'clock.  Just like any Kinkos

13   where you drop off FedEx packages, we had our own

14   right there at the front of the building.

15        **Q.    Okay.**

16        A.    So those employees inside of that

17   customer service area are FedEx employees so they

18   knew everybody that worked pretty much at the

19   ramp because, one, they had a badge and they had

20   an airport ID that said BWIR.  And then they

21   would say hey, what's the new combination, the

22   person would make sure nobody was listening,

1   either wright it on a piece of paper or verbally

2   tell them the new combination is 3, 4, 5.

3       Q.    So there was nothing more formal than

4   what you just described in terms of communicating

5   the new code to the employees?

6       A.    No, because we didn't know until we

7   came to work.  The managers didn't know until we

8   came to work that the cypher lock had been

9   changed.

10      Q.    And then once the employees were able

11  get in was the new code communicated to them at

12  the pre-sort meeting?

13      A.    Yes, verbally.  And to Ron it was

14  written down on a piece of paper saying the new

15  door code is, and the number.

16      Q.    Do you recall any circumstances in

17  which Mr. Lockhart was unable to enter the

18  building because he wasn't able to obtain the new

19  code?

20      A.    Sure, that would have been any time

21  the cypher lock was changed.

22      Q.    Okay.

1          **must sign...."**

2               **Okay, let's stop there.**

3     A.     Yeah, because what came up then was

4     the fact that Ron was saying that he did not know

5     what questions were being asked during the

6     meeting.  He had no way of knowing what was being

7     asked during the meeting.

8               So, if you had a question based on a

9     topic that was covered, like "be sure to practice

10    T-Stacking as much as possible," and you had a

11    comment about it, Ron had no way of knowing what

12    your comment was.

13               So, I asked Licha Wilson and Yolanda

14    Jacobs, who were both members of safety

15    committee, to take notes of the questions that

16    were asked and the responses.  Because I couldn't

17    write down the questions and the responses and

18    hold a meeting at the same time.

19    Q.     **Um-hum.**

20    A.     So I needed help, so I asked these

21    ladies to write the notes down, the questions

22    down and get back to Ron and Barbara with the

1    counseling?

2        A.    Yes.

3        Q.    **How do you know that?**

4        A.    Should have -- somewhere in this thing

5    it should have my employee number somewhere on

6    it.

7        Q.    **Oh, under manager at the top?**

8        A.    Yeah, 204573.

9        Q.    **Yeah.  Okay.**

10           **And do you recall why you gave him a**

11   **documented counseling at this point related to**

12   **attendance?**

13       A.    Yeah, because any time an employee is

14   out within like a reasonable amount of time you

15   have to counsel them on what their current

16   attendance percentage is before they fall into

17   below satisfactory standards.

18           It's that way before you issue any

19   written documentation to them they have an idea

20   of where they are, where they fall.

21       Q.    **Okay.**

22           **Did you make Mr. Lockhart aware of the**

1    the policy?

2         A.    Every one.  Every time Mr. Lockhart

3    was issued discipline he was given a copy to

4    refer to of that discipline, a copy of the

5    discipline.

6         Q.    When you say "the discipline" are you

7    referring to the performance policy or the

8    attendance policy?

9         A.    Attendance.  I don't believe

10   Mr. Lockhart had any performance issues.  His

11   issues were attendance, not performance.  Ron

12   worked well when he was at work.

13        Q.    Is there a policy that FedEx maintains

14   related to progressive discipline that you're

15   aware of?

16        A.    Yes, it's covered in the People's

17   Manual.

18        Q.    And did you give Mr. Lockhart a copy

19   of that policy?

20        A.    The attendance policy.  And as far as

21   the discipline policy, I believe Mr. Lockhart

22   should have had a copy of that from Mr. Thompson

1    21st, through January 25th.

2          Q.    Does your signature appear anywhere on

3    that document?

4          A.    No, ma'am.

5          Q.    If you look in the upper, right-hand

6    corner, is that your handwriting?

7          A.    Yes.

8          Q.    What does that say?

9          A.    Time available to be used as of 12/27,

10   I believe '02.

11         Q.    So you approved -- does that indicate

12   that you were approving the use of this time off?

13         A.    I'm sorry.

14         Q.    Tell me what your notation means.

15         A.    This notation means to Elizabeth that

16   Ron has the time available to use as vacation.

17         Q.    Right.

18         A.    Not personal time.

19         Q.    That means he had available vacation

20   days that he hadn't used yet?

21         A.    Correct.

22         Q.    Why did you approve the use of

1   vacation time for an employee who was being

2   disciplined for an attendance deficiency?

3       A.    You can't stop a person from taking

4   vacation even if they are being disciplined.

5       Q.    Why not?

6       A.    It's their time to use, they have

7   accrued it.

8       Q.    So, did you have any concerns about

9   Mr. Lockhart missing this work when you made that

10  notation on the form?

11      A.    No.  I couldn't stop him from taking

12  vacation.

13                          (Doctor's Note and

14                          Instructions, marked for

15                          identification as

16                          Plaintiff's Exhibit No.

17                          18.)

18          BY MS. MOROCCO:

19      Q.    Have you seen these documents before?

20      A.    I believe I have.

21      Q.    And when do you think you've seen them

22  before?

1      A.    I'm not sure.  I guess it would be

2  sometime during the week of the 15th.

3      **Q.    And how would these documents have**

4  **come to your attention during that week?**

5      A.    Ron would have had to bring them in

6  himself.

7      **Q.    And do you recall him doing that?**

8      A.    Yes.  I remember him coming in, making

9  copies and giving me copies of this stuff.

10      **Q.    Okay, and was that the day he was**

11  **terminated, do you know?**

12      A.    No.

13      **Q.    When was it?**

14      A.    This was prior to.  Ron -- Ron was out

15  sick these days.  Ron came in to make copies and

16  to talk to Bobby Inzer about his airline tickets

17  to go on vacation.

18      **Q.    Um-hum.**

19      A.    And that's when Ron brought these

20  documents in, okay?

21          And this was -- and it was explained

22  to Ron that this didn't give him -- you know,

1    this didn't excuse him from being off from work.

2    All this was was just letting us know why he was

3    off from work.

4         Q.    How did you know about any

5    conversation that Ron Lockhart had with Mr. Inzer

6    when he came in?

7         A.    Because prior to that Bobby was

8    assisting Ron with getting airline tickets,

9    employee discount airline tickets to go to

10   California on vacation.

11        Q.    How did you know about that?

12        A.    Because Bobby told me.

13        Q.    When did Mr. Inzer tell you this?

14        A.    Back in December, because I was

15   working with him and Ron trying to help him get

16   these tickets to go on vacation.

17        Q.    So, how did you know of any

18   conversation that Mr. Inzer and Mr. Lockhart may

19   have had in January about --

20        A.    Because Ron had asked me prior to

21   going out sick had Bobby got his tickets.

22        Q.    Um-hum.

1        A.    And I think there was a holdup about

2    one of Ron's family members not being able to get

3    a ticket for one of his family members that

4    wasn't his immediate family.  So I had Bobby

5    explain to him, you know, just what the policy

6    was, that -- that Federal Express had set us up

7    for traveling and you can't go on vacation while

8    you're out sick.  You can't come off of sick, not

9    return to work and then go on vacation.

10        Q.    **Did you explain that to Mr. Lockhart?**

11        A.    Yes.  Yes.

12        Q.    **Did you explain that when he came in**

13   **about the tickets?**

14        A.    Yes.

15        Q.    **How did you know he was at the**

16   **facility?**

17        A.    I happened to see him walk down the

18   hall past my office.

19        Q.    **And what did you say to him?**

20        A.    Where have you been.

21        Q.    **How did you say that to him?**

22        A.    In writing.

1    you say that you asked him where he had been and

2    he indicated to you that he was sick; is that

3    right?

4         A.    Yes.

5         Q.    And at the point did he give you the

6    medical documentation?

7         A.    He gave me these papers here

8    (indicating).

9         Q.    Did you have any additional discussion

10   with him at that point?

11        A.    Just to the fact that he was in

12   violation of his attendance agreement that he had

13   written up.

14        Q.    Um-hum, and what did you tell him

15   specifically about that?

16        A.    I don't recall specifically what I

17   told him, but I brought it to his attention that

18   he was in violation of his own performance

19   agreement.

20        Q.    Was anybody else present during this

21   exchange between you and Mr. Lockhart?

22        A.    I can't recall.

1      Q.    Was Bobby Inzer there?

2      A.    No.

3      Q.    And how -- tell me how you knew that

4  Mr. Lockhart had come in on that day to see

5  Mr. Inzer?

6      A.    I didn't.  I just questioned him about

7  it, Ron, in writing, about what was he doing back

8  on the facility if he was sick and why wasn't he

9  at work.

10     Q.    Um-hum.

11     A.    And that's when told me he came in to

12  see about his tickets to go on vacation.

13     Q.    Right.

14           And did you have any further

15  discussion with him?

16     A.    No.

17     Q.    If the leave had been approved, the

18  use of vacation leave, then was there a problem

19  with him then taking vacation the next week?

20     A.    Yeah, because Ron had not come back to

21  work.  You have to be back to work before this

22  vacation stuff or leaving.  There's a policy

1        A.    No.

2        Q.    So he came in sometime prior to the

3   17th about his tickets?

4        A.    Yes.

5        Q.    And when you had the exchange with him

6   when he came in related to his tickets, did you

7   tell him about the meeting that was going to

8   occur concerning his discipline?

9        A.    Yes.

10        Q.    So you told him in person.

11        A.    Yes.

12        Q.    So then why did you also -- did you

13   also call him?

14        A.    Yes, to confirm that we were having

15   it, yes.  Because at the time Ron came in Ron was

16   -- he gave me these documentations (indicating)

17   saying that this is why he was off and that he

18   would be back on I believe it was 1/20.  And I

19   told him that was unacceptable, he can't prepare

20   to travel if he's not fit for work.

21        Q.    Um-hum.

22        A.    And he said that that -- that's his

1   documentation, that's why he's out.  And I said

2   to him you can't travel unless you're fit for

3   work, okay?  And Ron said that oh, that was

4   unacceptable and he was still going on vacation.

5          Well, Ron is a grown man, I can't stop

6   him but he wouldn't be traveling on those tickets

7   because that's in violation of the policy.  And I

8   told him that.  If he wanted to go he could still

9   go but he had to get his own tickets because

10  those were going to be voided.

11         Q.   **This entire exchange was in writing?**

12         A.   Yes, to Ron.

13         Q.   **Did you ever consider --**

14              **(Knock at the door.)**

15              MS. MOROCCO:  Can we go off for a

16  minute?

17              (Whereupon, there was a short pause in

18  the proceedings.)

19              MS. MOROCCO:  Can you read back the

20  last answer for me?

21              THE REPORTER:  "Answer:  And he

22              said that that -- that's his

1   **anybody at FedEx about any concerns that you**

2   **might have had about the documentation he had**

3   **given you?**

4        A.    No, only the fact that I informed

5   Mr. Hanratty about the documentation.

6        **Q.    What did you say to Mr. Hanratty?**

7        A.    That Ron had come in in the middle of

8   the night to give me his sick slip and he was

9   going on vacation and I told him that he couldn't

10  go on vacation.

11       **Q.    Okay, did Mr. Hanratty say anything in**

12  **response to what you told him?**

13       A.    That we needed to consult HR for what

14  was the next step.

15       **Q.    Okay, and did you consult HR?**

16       A.    Mr. Hanratty did, I didn't.

17       **Q.    Okay, who did he consult with, do you**

18  **know?**

19       A.    It would have been Hank Arrington.

20       **Q.    And did Mr. Hanratty report back to**

21  **you after consulting with Mr. Arrington?**

22       A.    Yes.   And that's what we came up with

1    this letter (indicating).

2         Q.    What did Mr. Hanratty say to you with

3    regards to his consultation with Mr. Arrington?

4         A.    To be consistent with performance

5    across the board that we needed to terminate Ron.

6         Q.    Did Mr. Hanratty use the word

7    "consistent," do you know for sure?

8         A.    Yeah.  It's -- yeah, it's all based on

9    consistency.

10        Q.    Okay.

11              So, how much time elapsed from

12   Mr. Lockhart leaving the facility -- or how much

13   time elapsed from you concluding your

14   conversation in writing with Mr. Lockhart to when

15   Mr. Hanratty informed you about his conversation

16   with Mr. Arrington?

17        A.    No more than 24 hours.

18        Q.    So, are we now talking about the 17th?

19   It's now the 17th?

20        A.    Talking about the 17th.

21        Q.    Okay, and at what point was the

22   decision made to issue the final performance

Page 353

1    you typed it other than the fact that that's the

2    date of the letter?

3        A.    I don't know, but that's the date I

4    typed it.

5        Q.    Okay.

6              The morning of the 17th, are we

7    talking about like the early morning hours?

8        A.    00 early.

9        Q.    I don't know what that means.

10       A.    That's like 12:45 a.m.  Friday day

11   morning, like right after midnight, Friday

12   morning.

13       Q.    And around what time on the previous

14   day did Mr. Lockhart come?

15       A.    It would have been between, I would

16   say, 2:30 and 4:30 on the 16th, a.m., early a.m.

17       Q.    He came essentially in the middle of

18   the night?

19       A.    In the middle of the night.

20       Q.    Because are you typically there at

21   that time?

22       A.    That's our schedule.

1    of your stack.

2        A.    In the beginning?

3        Q.    **Yeah.**

4        A.    Okay.

5        Q.    **Actually, you know what, skip it.**

6            MS. MOROCCO:   Go ahead.

7    EXAMINATION ON BEHALF OF THE DEFENDANT

8            BY MR. EFKEMAN:

9        Q.    **Mr. Cofield, we've talked a lot about**

10   **your communication with Ron Lockhart.**

11           **Did you -- could you understand his**

12   **notes when he wrote them to you?**

13           MS. MOROCCO:   Objection.

14           THE WITNESS:   Yes.

15           BY MR. EFKEMAN:

16       Q.    **Did he ever say that he didn't**

17   **understand your notes back to him?**

18       A.    No.

19       Q.    **You talked about some E-mails with**

20   **Ron.  How often did you E-mail with him back and**

21   **forth?**

22       A.    Only if he sent me something after

Page 435

1    work.   Because I had access, I had E-mail access

2    at home, so anything that he sent to my FedEx

3    E-mail address I could look at it while I was at

4    home, so I could respond back to him.

5         Q.    And how often would you say that

6    happened?

7         A.    I think it was once in a while, I

8    mean, like maybe four times tops that Ron would

9    send me something, I would send him a response

10   and send it back so that way he wouldn't have to

11   wait until we got there that morning.

12        Q.    Could you understand the E-mails when

13   he --

14        A.    Oh, yeah, Ron could type, yeah.

15        Q.    Did he ever tell you that he didn't

16   understand the memos that you gave him at work?

17             MS. MOROCCO:   Objection to form,

18   there's no time frame.

19             THE WITNESS:   No.   And if he had a

20   question he would write the question out just

21   like we did in these papers here, and I would

22   answer.

1      A.    No, not that was brought to my

2  attention, no.

3            And, I mean, I observed him doing the

4  job and the scanning and placing it and tying up

5  the bags, you know, what was the procedure for

6  that particular job.

7      **Q.    Did he ever have any safety problems?**

8      A.    No.

9      **Q.    You said he didn't get any tickets.**

10 **Did you ever end up having to counsel him on any**

11 **safety issues?**

12     A.    No.

13     **Q.    Last question about the interpreter.**

14 **Was there ever a time that Derwood came and**

15 **didn't bill you?**

16     A.    No, because he would leave -- if I

17 wasn't present Derwood would leave the bill on my

18 desk if I had to go downstairs for the sort.

19 Because sometimes I would leave Ron and Derwood

20 in the conference room so that way if -- Ron

21 could talk to Derwood about any concerns he had.

22 And if there was concerns then Derwood would come