IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * * | |
| Plaintiff | * * | |
| v. | * * | CIVIL NO.: WDQ-04-3129 |
| FEDERAL EXPRESS CORPORATION | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 25th day of April 2006, ORDERED that:

1. the Defendant's motion for judgment as a matter of law or remittitur BE, and HEREBY IS, DENIED;

2. the Plaintiff's motion for equitable relief BE, and HEREBY IS, GRANTED in part and DENIED in part;

3. the Defendant shall train all Baltimore Ramp managers about the reasonable accommodation requirements of the ADA. The training shall be conducted by an instructor approved by the Plaintiff; such approval shall not be unreasonably withheld. Defendant shall provide similar training to all newly hired managers and supervisors at the Baltimore Ramp. Within ten (10) business days of each training session, Defendant will furnish the Plaintiff with a list of trainees, the date and duration of the training, and a copy of the training

6

materials;

4. the Defendant shall post copies of the notice, attached hereto as Attachment A, throughout its Baltimore Ramp facility, where notices and announcements customarily are posted. Within ten (10) business days of the posting, Defendant will provide the Plaintiff with certification that the posting has occurred; and

5. the Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_____
William D. Quarles, Jr.
United States District Judge

7